# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARK MARSHALL,

         Petitioner,

    v.

TRAVIS BITTELMAN, correctional officer
BRIAN NEUMAIER, correctional officer;
and SERGEANT MICHAEL FINK,

       Respondents.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-411-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

**JOEL TURNER**
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

                  _____10/30/08_____
                          **Date**

Dockets.Justia.com